UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AAA INTERNATIONAL TRUST,

Movant,

SECURITIES AND EXCHANGE
COMMISSION,

-Plaintiff-

                                       EMERGENCY MOTION
                                       12-CV-1065 (ADS) (AYS)

-against-                             12-CV-1880

BRIAN RAYMOND CALLAHAN, ADAM
MANSON, DISTINCTIVE INVESTMENTS
LLC, and DISTINCTIVE VENTURES LLC,

Defendants,

SHERI MANSON CALLAHAN,                  ASSIGNED TO:
                                                        Hon. Arthur D. Spatt District Judge
Relief Defendant.                                   Hon. Anne Y. Shields Mag. Judge
----------------------------------------------------------X

## NOTICE OF MOTION AAA INTERNATIONAL TRUST

Jerry Ostry, on behalf of himself and as agent for the AAA international trust having had under $1 million stolen by a consortium of banks and Brian Callahan and having been determined that this money should be awarded to me and it being stolen almost half a decade ago hereby requests it's return to wit.

1. I have had to go on disability as I have had fourth stage cancer which I have recovered from and now I am in relapse and as of Monday this week I will be undergoing more cancer surgery and bone marrow surgery and my prognosis is only 40% recovery.

2. My eight-year-old child was deemed autistic and I have been trying to provide services for him but all of this has made it very troubling as I have lost my home due to foreclosure and the children are now back in public schools and so I struggle day today while panoramic view was sold for a price that was comparable to some neighboring single-family homes.

I have also not received a response from either the SEC or the Department of Justice related to what is happening.

I apologize I am not writing this or typing this because I lost the use of my limbs and my fingers

due to chemotherapy and from peripheral neuropathy side effects and thus I pray the court awards and pays my trust for the benefit of the children these funds so that if I do pass on this week in surgery. But I will be content that the children will be cared for as I don't have any life insurance.

I'm also motioning herewith that I can testify telephonically in the sentencing and the ongoing moving sentencing. Dates related to both Callahan and Manson as it will be difficult for me to travel and I also asked that my children be allowed to testify at the sentencing so that you can see what kind of impact it has on regular families.

In conclusion I asked that you order the SEC and the Department of Justice to turn over all of the excess funds over to the receivership and allow the receiver to pay me off whatever share was determined that I was entitled to as determined by the receiver determination of my claim.

Please note that in my investor class we were not looking for any high rate of return only a safe haven for funds during economic turmoil and so this is not a case that is similar to many others including Madoff as we were simply trying to find a place to park funds.

In addition, there are other investors like Don Andruik from Houston, TX with MS that have to get very expensive treatment and have no money except social security income.

Thus in conclusion. I'm asking for restitution that is already in the hands of the DOJ receivership on an emergency basis and ask that my funds be returned through the receivership and I ask that I be allowed to testify telephonically in the criminal sentencing phase if I'm still alive and that my kids be allowed to as well and I ask that this case be brought to an end and all funds be repatriated through the receivership to all classes of investors and I also ask that Brian Callahan be forced to provide a deposition in our case related to Pictet & Cie Private Bank.

Thank you so much for your consideration.

Dated Celebration FL 6/26/2016

Respectfully submitted by,

Jerry Ostry
52 Riley Rd 408
Celebration FL 34747
Tel: 561-379-8608

**JERRY KEITH OSTRY**

CC:

DEAN M. CONWAY, ESQ.
U.S. Securities and Exchange Commission
Attorneys for Plaintiff SEC
100 F. Street, N.E.,
Washington, D.C. 20549
E-MAIL: conwayd@sec.gov

DAVID CAREY WOLL, ESQ.
Assistant United Sates Attorney
U.S. Attorney's Office
Criminal Division
271 Cadman Plaza East
Brooklyn, New York 11201
E-MAIL: david.woll@usdoj.gov

KARIN K. ORENSTEIN, ESQ.
Assistant United Sates Attorney
U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
E-MAIL: karin.orenstein@usdoj.gov

ANDREW J. FRISCH, ESQ.
Law Offices of Andrew J. Frisch
Attorneys for Defendant Adam Manson,
Distinctive Investments, LLC, and
Distinctive Ventures, LLC
40 Fulton Street, 23rd Floor
New York, New York 10038
E-MAIL afrisch@andrewfrisch.com

MICHAEL TREMONTE, ESQ.
Sher Tremonte LLP
Attorneys for Defendant Sheri Callahan
41 Madison Avenue, 41st Floor
New York, New York 10010
E-MAIL: mtremonte@shertremonte.com

BRIAN R. CALLAHAN
PRO SE DEFENDANT
3 Windsor Drive
Old Westbury, New York 11568
E-MAIL: unknown